UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL THURSTON,
    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
    Defendant.

Case No. 2:25-cv-11845
Hon. Susan K. DeClercq
Mag. Curtis Ivy, Jr.

_____

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff hereby dismisses her claims against Defendant with prejudice and without costs or attorney's fees to either party.

Respectfully submitted,

Dated: September 26, 2025

/s/ Carl Schwartz
Carl Schwartz
Credit Repair Lawyers of America
27600 Farmington Rd, Suite 108
Farmington Hills, MI 48334
Phone: (248) 353-2882
Fax: (248) 353-4840
Email: carl@crlam.com
*Attorneys for Plaintiff*

### Proof of Service

I, Carl Schwartz, hereby state that on September 26, 2025, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via this Court's CM/ECF system.

/s/ Carl Schwartz