UNITED STATES DISRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Crystal Thurston,

    Plaintiff,                                Case No. 2:25-cv-11845

v.                                              HON. SUSAN K. DeCLERCQ
                                                   United States District Judge

Equifax Information Services, LLC,

    Defendant.
_____/

**ORDER DISMISSING CASE**

On September 26, 2025, Plaintiff filed a Notice of Voluntary Dismissal With Prejudice under Civil Rule 41(a)(1)(A)(i). ECF No. 7.

Accordingly, it is **ORDERED** that this case is **DISMISSED** with prejudice and without costs or attorney's fees to either party.

**This order closes the above-captioned case**.

                                                         *s/Susan K. DeClercq*
                                                         SUSAN K. DeCLERCQ
                                                         United States District Judge

Dated: September 30, 2025